UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WALLEN, JILL R                       § Case No. 13-32152-ABG
                                            §
                                            §
                                            §
Debtor(s)                                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Clerk of the Bankruptcy Court
  Dirksen Federal Courthouse
  219 S Dearborn Street, 7th Floor
  Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on August 21, 2015   in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

UST Form 101-7-NFR (10/1/2010)

Date Mailed:  06/26/2015          By:  /s/JOHN E. GIERUM
                                                            Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: WALLEN, JILL R § Case No. 13-32152-ABG
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 14,724.26 |
| and approved disbursements of | $ 391.29 |
| leaving a balance on hand of [1] | $ 14,332.97 |
| **Balance on hand:** | $ 14,332.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,332.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 452.06 | 0.00 | 452.06 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 452.06 |
| Remaining balance: | $ 13,880.91 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 13,880.91 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 13,880.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 962.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | eCAST Settlement Corporation, assignee | 962.81 | 0.00 | 962.81 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 962.81 |
| Remaining balance: | $ | 12,918.10 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 12,918.10 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 12,918.10

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $2.09. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 12,916.01.

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-32152-ABG
Jill R Wallen                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 1              Date Rcvd: Jun 29, 2015
                              Form ID: pdf006           Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2015.
db            +Jill R Wallen,    12904 W. Wakefield Dr.,    Beach Park, IL 60083-3040
20861629      +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
20861630      +Cardiac Surgery Associates, S.C,    2650 Warrenville, Ste 280,   Downers Grove, IL 60515-2075
20861632      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20861631      +Chase,    Po Box 24696,    Columbus, OH 43224-0696
20861633      +Chase- Bp,    P.O. Box 15298,    Wilmington, DE 19850-5298
20861634     #+Chestmed,    100 N Atkinson Rd, Suite 201,    Grayslake, IL 60030-7804
20861635      +Lake Heart Specialists,    35 Tower Court,    Suite F,   Gurnee, IL 60031-5712
21272526      +Lake Shore Pathologists,    520 E 22nd St,    Lombard, IL 60148-6110
20861638      +Park Ridge Anesthesiology,    PO BOX 1123,    Jackson, MI 49204-1123
20861639      +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
20861640      +Rashmikant S Patel, MD SC,    20 Tower Ct Ste D,   Gurnee, IL 60031-5716
20861641       Vista Health System,    1324 N. Sheridan Road,   Waukegan, IL 60085-2161
20861642      +Vista Imaging Asso.,    PO Box 2049 Dept 5339,    Milwaukee, WI 53201-2049
20861647       Vista Medical Center East,    PO BOX 1022,    Wixom, MI 48393-1022
20861648       Waukegan Clinic Corp,    PO Box 8927,   Belfast, ME 04915-8927
21355977       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,   POB 29262,
                New York, NY 10087-9262
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20861637*     +Lake Heart Specialists,    35 Tower Court,    Suite F,   Gurnee, IL 60031-5712
20861636*     +Lake Heart Specialists,    35 Tower Court,    Suite F,   Gurnee, IL 60031-5712
20861643*     +Vista Imaging Asso.,    PO Box 2049 Dept 5339,    Milwaukee, WI 53201-2049
20861644*     +Vista Imaging Asso.,    PO Box 2049 Dept 5339,    Milwaukee, WI 53201-2049
20861645*     +Vista Imaging Asso.,    PO Box 2049 Dept 5339,    Milwaukee, WI 53201-2049
20861646*     +Vista Imaging Asso.,    PO Box 2049 Dept 5339,    Milwaukee, WI 53201-2049
                                                                                   TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2015 at the address(es) listed below:
          Janna L Quarless    on behalf of Debtor Jill R Wallen jquarless@robertjsemrad.com,
           rjscourtdocs@gmail.com
          John E Gierum    jgierum@7trustee.net, IL25@ecfcbis.com
          Patrick Semrad    on behalf of Debtor Jill R Wallen psemrad@robertjsemrad.com,
           rjscourtdocs@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yisroel Y Moskovits    on behalf of Debtor Jill R Wallen imoskovits@robertjsemrad.com,
           rjscourtdocs@gmail.com
                                                                                             TOTAL: 5
```