**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: WALLEN, JILL R                            § Case No. 13-32152-ABG
                                                 §
                                                 §
Debtor(s)                                        §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $326,594.97                Assets Exempt: $241,739.79
*(without deducting any secured claims)*

Total Distribution to Claimants: $964.90     Claims Discharged
                                             Without Payment: $0.00

Total Expenses of Administration: $843.35

---

   3) Total gross receipts of $  14,724.26  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   12,916.01 (see **Exhibit 2**), yielded net receipts of $1,808.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 843.35 | 843.35 | 843.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 964.90 | 964.90 | 964.90 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,808.25 | $1,808.25 | $1,808.25 |

    4) This case was originally filed under Chapter 7 on August 12, 2013. The case was pending for 29 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2016          By: /s/JOHN E. GIERUM
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CD with Norstates Bank | 1129-000 | 14,021.00 |
| Fifth Third Bank | 1129-000 | 703.26 |
| **TOTAL GROSS RECEIPTS** | | **$14,724.26** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WALLEN, JILL R | First and Final Distribution | 8200-002 | 12,916.01 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$12,916.01** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2200-000 | N/A | 23.81 | 23.81 | 23.81 |
| JOHN E. GIERUM | 2100-000 | N/A | 452.06 | 452.06 | 452.06 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 21.32 | 21.32 | 21.32 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 19.72 | 19.72 | 19.72 | |
| Rabobank, N.A. | 2600-000 | N/A | 20.38 | 20.38 | 20.38 | |
| Rabobank, N.A. | 2600-000 | N/A | 22.45 | 22.45 | 22.45 | |
| Rabobank, N.A. | 2600-000 | N/A | 21.02 | 21.02 | 21.02 | |
| Rabobank, N.A. | 2600-000 | N/A | 20.29 | 20.29 | 20.29 | |
| Rabobank, N.A. | 2600-000 | N/A | 23.06 | 23.06 | 23.06 | |
| Rabobank, N.A. | 2600-000 | N/A | 20.23 | 20.23 | 20.23 | |
| Rabobank, N.A. | 2600-000 | N/A | 22.29 | 22.29 | 22.29 | |
| Rabobank, N.A. | 2600-000 | N/A | 21.56 | 21.56 | 21.56 | |
| Rabobank, N.A. | 2600-000 | N/A | 18.75 | 18.75 | 18.75 | |
| Rabobank, N.A. | 2600-000 | N/A | 23.58 | 23.58 | 23.58 | |
| Rabobank, N.A. | 2600-000 | N/A | 20.77 | 20.77 | 20.77 | |
| Rabobank, N.A. | 2600-000 | N/A | 19.36 | 19.36 | 19.36 | |
| Rabobank, N.A. | 2600-000 | N/A | 22.08 | 22.08 | 22.08 | |
| Rabobank, N.A. | 2600-000 | N/A | 20.67 | 20.67 | 20.67 | |
| Rabobank, N.A. | 2600-000 | N/A | 19.95 | 19.95 | 19.95 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $843.35 | $843.35 | $843.35 | |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | eCAST Settlement Corporation, assignee | 7100-000 | N/A | 962.81 | 962.81 | 962.81 |
| 1I | eCAST Settlement Corporation, assignee | 7990-000 | N/A | 2.09 | 2.09 | 2.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $964.90 | $964.90 | $964.90 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-32152-ABG  
**Case Name:** WALLEN, JILL R  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/12/13 (f)  
**§341(a) Meeting Date:** 09/27/13  

**Period Ending:** 01/14/16  
**Claims Bar Date:** 12/31/13  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 12904 W Wakefield Dr, Beach Park, IL 60083, Valu<br>Imported from original petition Doc# 1 | 87,172.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with Consumer Coop CU<br>Imported from original petition Doc# 1 (See Footnote) | 13,458.18 | 12,683.18 | | 0.00 | FA |
| 3 | CD with Norstates Bank<br>Imported from original petition Doc# 1 | 14,000.00 | 14,000.00 | | 14,021.00 | FA |
| 4 | Fifth Third Bank<br>Imported from original petition Doc# 1 | 703.21 | 703.26 | | 703.26 | FA |
| 5 | Furniture<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | IRA CD with Norstates Bank<br>Imported from original petition Doc# 1 | 1,189.48 | 0.00 | | 0.00 | FA |
| 8 | Roth IRA<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Edward Jones IRA<br>Imported from original petition Doc# 1 | 216,750.31 | 0.00 | | 0.00 | FA |
| 10 | 2004 Toyota Celica<br>Imported from original petition Doc# 1 | 5,225.00 | 0.00 | | 0.00 | FA |
| **10 Assets** | **Totals** (Excluding unknown values) | **$341,298.18** | **$27,386.44** | | **$14,724.26** | **$0.00** |

RE PROP# 2    Investigating basis for funds and claim to them.

**Major Activities Affecting Case Closing:**

Evaluating claims to other funds on deposit

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-32152-ABG  
**Case Name:** WALLEN, JILL R

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 08/12/13 (f)  
**§341(a) Meeting Date:** 09/27/13

**Period Ending:** 01/14/16  
**Claims Bar Date:** 12/31/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 30, 2014        **Current Projected Date Of Final Report (TFR):** June 30, 2016

Printed: 01/14/2016 01:48 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-32152-ABG  
**Case Name:** WALLEN, JILL R  
**Taxpayer ID #:** **-***1871  
**Period Ending:** 01/14/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/13 | {3} | NorStates Bank | CD with NorStates Bank | 1129-000 | 14,021.00 | | 14,021.00 |
| 12/17/13 | {4} | Fifth Thid Bank | Fifth Third Bank | 1129-000 | 703.26 | | 14,724.26 |
| 12/19/13 | {4} | Fifth Thid Bank | Reversed Deposit 100001 2 Fifth Third Bank | 1129-000 | -703.26 | | 14,021.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,011.00 |
| 01/15/14 | {4} | Fifth Third Bank | Fifth Third Bank | 1129-000 | 703.26 | | 14,714.26 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.32 | 14,692.94 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.72 | 14,673.22 |
| 03/04/14 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2014 FOR CASE #13-32152, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 02/01/14 | 2200-000 | | 13.57 | 14,659.65 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.38 | 14,639.27 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.45 | 14,616.82 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.02 | 14,595.80 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.29 | 14,575.51 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.06 | 14,552.45 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.23 | 14,532.22 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.29 | 14,509.93 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.56 | 14,488.37 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.75 | 14,469.62 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.58 | 14,446.04 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.77 | 14,425.27 |
| 02/18/15 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #13-32152, Reimbursement for Blanket Bond No. 10BSBGR6291 | 2200-000 | | 10.24 | 14,415.03 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.36 | 14,395.67 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.08 | 14,373.59 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.67 | 14,352.92 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.95 | 14,332.97 |
| 08/24/15 | 103 | JOHN E. GIERUM | Dividend paid 100.00% on $452.06, Trustee Compensation; Reference: | 2100-000 | | 452.06 | 13,880.91 |
| 08/24/15 | 104 | eCAST Settlement Corporation, assignee | First and Final Distribution Reversed so as to combine into one check<br>Voided on 08/24/15 | 7100-000 | | 962.81 | 12,918.10 |
| 08/24/15 | 104 | eCAST Settlement Corporation, assignee | First and Final Distribution Reversed so as to combine into one check<br>Voided: check issued on 08/24/15 | 7100-000 | | -962.81 | 13,880.91 |

Subtotals : $14,724.26　$843.35

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/14/2016 01:48 PM　V.13.25

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-32152-ABG  
**Case Name:** WALLEN, JILL R  

**Taxpayer ID #:** **-***1871  
**Period Ending:** 01/14/16  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/15 | 105 | WALLEN, JILL R | First and Final Distribution | 8200-002 | | 12,916.01 | 964.90 |
| 08/24/15 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Reversed so as to combine into one check Voided on 08/24/15 | 7990-000 | | 2.09 | 962.81 |
| 08/24/15 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Reversed so as to combine into one check Voided: check issued on 08/24/15 | 7990-000 | | -2.09 | 964.90 |
| 08/24/15 | 107 | eCAST Settlement Corporation, assignee | First and Final Distribution Re-issued Voided on 08/24/15 | 7100-000 | | 962.81 | 2.09 |
| 08/24/15 | 107 | eCAST Settlement Corporation, assignee | First and Final Distribution Re-issued Voided: check issued on 08/24/15 | 7100-000 | | -962.81 | 964.90 |
| 08/24/15 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Re-issued Voided on 08/24/15 | 7990-000 | | 2.09 | 962.81 |
| 08/24/15 | 108 | U.S. Bankruptcy Court | COMBINED SMALL CHECK Re-issued Voided: check issued on 08/24/15 | 7990-000 | | -2.09 | 964.90 |
| 08/24/15 | 109 | eCAST Settlement Corporation, assignee | | | | 964.90 | 0.00 |
| | | | | 7100-000 | 962.81 | | 0.00 |
| | | | | 7990-000 | 2.09 | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 14,724.26 | 14,724.26 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 14,724.26 | 14,724.26 | |
| | Less: Payments to Debtors | | | 12,916.01 | |
| | **NET Receipts / Disbursements** | | **$14,724.26** | **$1,808.25** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7866** | 14,724.26 | 1,808.25 | 0.00 |
| | **$14,724.26** | **$1,808.25** | **$0.00** |

{} Asset reference(s)